**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XINYI GOU,

Plaintiff

v.

AMERICAN FAMILY CONNECT PROPERTY CASUALTY COMPANY,

Defendant

Case No.: 2:26-cv-02527-APG-DJA

**Order Granting Unopposed Motion to Dismiss**

[ECF No. 2]

Defendant American Family Connect Property Casualty Company filed a motion to dismiss or alternatively for summary judgment (ECF No. 2). American Family argues that the relevant policy contains an arbitration provision with which Gou has not complied by filing this suit. Gou did not respond. I therefore grant the motion to dismiss as unopposed. LR 7-2(d).

I THEREFORE ORDER that defendant American Family Connect Property Casualty Company's motion to dismiss (ECF No. 2) is GRANTED. The clerk of court is instructed to close this case.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE