LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
lmiller@winnerfirm.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XINYI GUO, an individual,

Plaintiffs,

vs.

AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO: 2:26-CV-02527-APG-DJA

**STIPULATION AND ORDER TO SET ASIDE ORDER GRANTING MOTION TO DISMISS (ECF 6), COMPELLING ARBITRATION, AND DISMISSING WITHOUT PREJUDICE CERTAIN CLAIMS**

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff XINYI GUO, by and through his attorneys of record PENGXIANG TIAN and CODY PAN OF PT LAW and Defendant AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its attorneys LARA L. MILLER of the law firm of WINNER & BOOZE, according to LR 7-1 and LR IA 6-2, that the Court's Order Granting Unopposed Motion to Dismiss (ECF 6) be set aside.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff be compelled, according to the applicable American Family Connect Property and Casualty Insurance Company California Policy, to participate in binding arbitration to resolve his disagreement with Defendant over the amount of damages Plaintiff is legally entitled to recover under the Uninsured Motorist Coverage.

IT IS FURTHER STIPULATED AND AGREED THAT Plaintiff's claim for breach of contract shall be dismissed with prejudice, as the allegations giving rise to that claim will be resolved through binding arbitration.



WINNER & BOOZE LAWYERS

IT IS FURTHER STIPULATED AND AGREED THAT Plaintiff's claims for tortious breach of the covenant of good faith and fair dealing, breach of the covenant of good faith and fair dealing, and unfair practices in settling a claim shall be dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED THAT the statute of limitations for filing the claims for tortious breach of the covenant of good faith and fair dealing, breach of the covenant of good faith and fair dealing, and unfair practices in settling a claim shall be tolled until sixty (60) days after the issue of an award in the binding arbitration or sixty (60) days after a settlement is reached so long as the binding arbitration or settlement occurs no later than September 1, 2027.

IT IS FURTHER STIPULATED AND AGREED THAT the United States District Court for the District of Nevada will maintain jurisdiction over the remaining claims.

IT IS FURTHER STIPULATED AND AGREED THAT by entering into this stipulation and agreement the parties make no admissions regarding liability, damages, or bad faith.

Dated this 12th day of October, 2026

**PT LAW**

*/s/Cody Pan*

PENGXIANG TIAN
Nevada Bar No. 15662
CODY PAN
Nevada Bar No. 16600
2820 South Jones Blvd., Unit 1
Las Vegas, Nevada 89146
*Attorney for Plaintiff*

Dated this 12th day of October, 2026.

**WINNER & BOOZE**

*/s/Lara L. Miller*

LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
*Attorney for Defendant*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: October 13, 2026



WINNER & BOOZE LAWYERS